[Docket No. 164, 165, 175 and 187]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| CLIFFORD J. LEVINE,<br><br>        Plaintiff,<br><br>  v.<br><br>VOORHEES BOARD OF EDUCATION,<br><br>        Defendant. | Civil No. 07-1614 (RMB)<br><br>**ORDER** |

    This matter having come before the Court upon Defendant's Motion for Summary Judgment, upon Plaintiff's Motion for Summary Judgment Dismissing Certain Affirmative Defenses and upon both parties' Motions to Seal Documents; and the Court having considered the moving papers, and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

    IT IS ON THIS **23rd** day of **December 2009**, HEREBY **ORDERED** as follows:

    Defendant's Motion for Summary Judgment [Docket No. 165] is **DENIED**;

    Plaintiff's Motion for Summary Judgment Dismissing Certain Affirmative Defenses [Docket No. 175] is **DENIED**;

    Defendant's and Plaintiff's Motions to Seal Documents [Docket No. 164 and 187] are **GRANTED IN PART**; the parties are

ordered to re-file, within thirty days, their exhibits redacting <u>only</u> the specific portions relating to Plaintiff's medical information.

<u>s/Renée Marie Bumb</u><br>
RENÉE MARIE BUMB<br>
United States District Judge