[Docket No. 296]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| CLIFFORD J. LEVINE, : | |
| : | |
| Plaintiff, : | Civil No. 07-1614 (RMB) |
| : | |
| v. : | |
| : | **ORDER** |
| VOORHEES BOARD OF EDUCATION, : | |
| et al., : | |
| Defendants. : | |
| : | |

This matter comes before the Court upon the Plaintiff Clifford J. Levine's Motion for a New Trial and Post-Relief [Docket Entry No. 296]; and the Court having read the submissions of the parties, including Defendant's Brief in Opposition, and for the reasons set forth in the Opinion issued this date,

IT IS ON THIS **9th** day of **July 2010**, **ORDERED** that the Motion for a New Trial and Post-Relief is **DENIED**.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge